IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FARMERS INSURANCE       :
EXCHANGE,                :
                         :
                         :
     Plaintiff,          :     CIVIL ACTION NO.
                         :     1:25-cv-02386-LMM
v.                      :
                         :
UPONOR, INC., et al.,     :
                         :
                         :
     Defendants.       :

**<u>ORDER</u>**

Counsel has notified the Court that the parties have reached a settlement, are working out the terms of the final settlement agreement, and anticipate that the final settlement agreement will be completed shortly. Dkt. No. [12]. Accordingly, the pending motion, Dkt. No. [12], is **DENIED AS MOOT**, and this case is **ADMINISTRATIVELY CLOSED**.[1] The parties are **DIRECTED** to file within 60 days of the entry of this Order either (1) the necessary documents to

---

[1]    Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.  The parties may move to re-open an administratively closed case at any time.

dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 30th day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**