# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

FARMERS INSURANCE EXCHANGE, as Subrogee of Mr. Asif Ali,

       Plaintiff,

v.

UPONOR, INC.; and
UPONOR NORTH AMERICA, INC.,

       Defendants.

**Case No. 1:25-cv-02386-LMM**

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES now, Plaintiff FARMERS INSURANCE EXCHANGE, as Subrogee of Mr. Asif Ali, by and through its undersigned counsel, and hereby moves to dismiss all of its claims against the named Defendants in the above-styled action with prejudice.

Respectfully submitted this 2nd day of September, 2025

/s/ Jefferson M. Starr
JEFFERSON M. STARR
Georgia Bar No.: 992352
COLEMAN TALLEY LLP
3344 Peachtree Road, NE
Suite 1950
Atlanta, GA 30326
Telephone: 678-987-0932
Email: jeff.starr@colemantalley.com
*Counsel for Plaintiff Farmers Ins.*
*Exchange, as Subrogee of Mr. Asif Ali*

## CERTIFICATION OF COMPLIANCE

The Undersigned Counsel hereby certifies that the foregoing has been prepared using Times New Roman 14-Point Font, as approved in LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of September, 2025, upon all attorneys to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to all counsel of record.

*s/ Jefferson M. Starr*
JEFFERSON M. STARR
Georgia Bar No.:  992352
COLEMAN TALLEY LLP
3344 Peachtree Road, NE
Suite 1950
Atlanta, GA 30326
Telephone: 678-987-0932
Email: jeff.starr@colemantalley.com

*Counsel for Plaintiff Farmers Ins.*
*Exchange, as Subrogee of Mr. Asif Ali*

2

4932-5026-1093, v. 1